NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Taras Kick (State Bar No. 143379)
Tyler Dosaj (State Bar No. 306938)
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

ATTORNEY(S) FOR: Plaintiffs and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUZMAN, FORTINO RUTILO JIMENEZ, AND BERTHA MEZA,<br><br>Plaintiff(s),<br>v.<br>THE WESTERN UNION COMPANY, d/b/a WESTERN UNION FINANCIAL SERVICES INC., et al.<br><br>Defendant(s) | CASE NUMBER: 5:24-cv-00404<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs and the Class or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JOSE GUZMAN, FORTINO RUTILO JIMENEZ, AND BERTHA MEZA | Plaintiffs |
| THE WESTERN UNION COMPANY, d/b/a WESTERN UNION FINANCIAL SERVICES INC., MONEYGRAM INTERNATIONAL, INC., MONEYGRAM PAYMENT SYSTEMS, INC., and FORCEPOINT LLC. | Defendants |

2/21/2024
Date

/s/ Taras Kick
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs