AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JOSE GUZMAN, FORTINO RUTILO JIMENEZ, AND BERTHA MEZA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE WESTERN UNION COMPANY, d/b/a WESTERN UNION FINANCIAL SERVICES INC., MONEYGRAM INTERNATIONAL, INC., (See Attachment #1)<br><br>*Defendant(s)* | Civil Action No.   5:24-cv-00404 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Western Union Company, d/b/a Western Union Financial Services Inc.
c/o registered agent CT Corporation System
Amanda Garcia
330 N. Brand Blvd, Glendale, CA  91203

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Taras Kick (Cal. Bar No. 143379)
taras@kicklawfirm.com
Tyler Dosaj (Cal. Bar No. 306938)
tyler@kicklawfirm.com
THE KICK LAW FIRM, APC
815 Moraga Drive, Los Angeles CA 90049

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   02/21/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Taras Kick (Cal. Bar No. 143379)
taras@kicklawfirm.com
Tyler Dosaj (Cal. Bar No. 306938)
tyler@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, CA 90049
Tel: (310)395-2988 / Fax: (310)395-2088

Daniel H. Charest (*pro hac vice* to be filed)
dcharest@burnscharest.com
Darren Nicholson (*pro hac vice* to be filed)
dnicholson@burnscharest.com
Chase Hilton (*pro hac vice* to be filed)
chilton@burnscharest.com
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tele: (469)904-4550 / Fax: (469)444-5002

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GUZMAN, FORTINO RUTILO JIMENEZ, AND BERTHA MEZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WESTERN UNION COMPANY, d/b/a WESTERN UNION FINANCIAL SERVICES INC., MONEYGRAM INTERNATIONAL, INC., MONEYGRAM PAYMENT SYSTEMS, INC., and FORCEPOINT LLC.<br><br>Defendants. | **CASE NO.:** 5:24-cv-00404<br><br>**CLASS ACTION**<br><br>**COMPLAINT FOR**<br><br>(1) Violation of the California Consumer Privacy Rights Act § 1798.150 *et seq.*; and<br>(2) Invasion of Privacy, California Constitution Art. 1, § 1.<br><br>**DEMAND FOR JURY TRIAL** |

CLASS ACTION COMPLAINT

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Jose Guzman et al. v. Western Union et al.
Case No. 5:24-cv-00404

**Attachment #2-**
Addendum to Summons

**Defendants to be served:**

Moneygram International, Inc.
c/o registered agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Moneygram Payment Systems, Inc.
c/o agent CT Corporation System
Amanda Garcia
330 N. Brand Blvd, Glendale, CA  91203

Forcepoint LLC
c/o registered agent Corporate Creations Network Inc.
Jennifer Lee
7801 Folsom Boulevard, #202,
Sacramento, Ca 95826