# EXHIBIT A



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**

2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-8431

## REQUEST TO PRODUCE RECORDS

TO:  MoneyGram Payment Systems
Attn: Melissa Grant ref. Law Enforcement Subpoena Compliance
1550 Utica Avenue South, Ste. 100
Minneapolis, MN 55416-5312

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and to or from the country of Mexico, on a bi-weekly schedule as each such period becomes available, beginning with July 1, 2021 and ending with June 30, 2022. **(PLEASE INCLUDE THE ADDITIONAL DATA FIELD FOR THE SUBPOENA IDENTIFICATION NUMBER. FOR THIS DATA FIELD PLEASE INCLUDE REFERENCE NUMBER:  AZAG2021RTP2)**

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files format.

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions. The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions. A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning. All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate

racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE: This is a felony investigation. Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Chad Brink at chad.brink@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

_____
Shawn Steinberg
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 17th day of June, 2021.

_____
Notary Public

My Commission expires: 12/9/24

LISA S. RODRIGUEZ
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 593672
Expires December 9, 2024

AGTRAC001147

## DATA APPENDIX AS LINE ITEMS

Subpoena Identification Number
Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation

Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)

And:

**Web Based Transfers:**

**Sender Email Address** used to create web based account
**Sender Email Address** used to send transaction
**Sender Source Account Number**
**Sender Name on Web Based Account**
**Sender Included reasons for transaction (if any)**

AGTRAC001149

**Certificate of Service**

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to Custodian of Records, MoneyGram Payment Systems, Attn: Melissa Grant ref. Law Enforcement Subpoena Compliance,1550 Utica Avenue South, Ste. 100, Minneapolis, MN 55416-5312, at 9:06 a.m. on the 21st day of June, 2021.

_____
Officer or Agent

SUBSCRIBED AND SWORN to before me this ___ day of June, 2021 by _____.

_____
Notary Public

My Commission Expires:

9171 9991 7039 3308 5242

AGTRAC001150