# EXHIBIT D

**Keppler, Carol**

| | |
|---|---|
| **From:** | Rich Lebel <rich.lebel@swbtrac.com> |
| **Sent:** | Monday, May 02, 2022 2:17 PM |
| **To:** | Keppler, Carol |
| **Subject:** | TRAC Docs |
| **Attachments:** | TRAC Agency List.xlsx; TRAC MOU (1).pdf; TRAC Data Policy.pdf |

Carol,

Here's the TRAC Data Policy, the TRAC MOU and a list of agencies that have at one point had, or currently have access to TRAC.

--
Richard Lebel, CAMS
Executive Director
Transaction Record Analysis Center

1

AGTRAC001084

# TRANSACTION RECORD ANALYSIS CENTER DATA POLICY
Effective: 2/1/2015

1.     Purpose

The purposes of the Transaction Record Analysis Center,("TRAC"), are to: enhance and better coordinate investigations and prosecutions of money laundering in the Southwest Border Data Area and Southwest Border affected areas, with the goal of reducing money laundering and thereby reducing violence associated with smuggling organizations operating in the Southwest Border Area ("SWBA") and in other areas affected by money laundering in the SWBA; enhance coordination of the Alliance states' anti-money laundering ("AML") efforts; and fund related training, information sharing, and related expenses in the Alliance states and in Mexico (collectively, the "SWBA AML Purposes").

The TRAC will provide analytical and data-related assistance to need-to-know investigators, analysts and prosecutors in their efforts to disrupt criminal organizations and dismantle their operations by providing resources, expertise, meaningful data analysis, training, and organizational collaboration.

The TRAC will leverage the analytical resources of this project with those of all law enforcement agencies—federal, state, and local—and counterpart agencies in Mexico. It will provide law enforcement, prosecutors, and the private sector community with analytical and technical training regarding access to and use of the TRAC.

2.     Preface

TRAC contains money transmitter data ("Data") that will provide law enforcement in the entire SWBA with specific reactive, investigation-driven analysis and with proactive risk, pattern, and target analysis. The Data is relevant to law enforcement efforts to build a better understanding of the channels, amounts, and vulnerabilities of the flow of illicit money from source/consolidation areas to and/or from the SWBA and across the U.S./Mexico border. This Policy states the terms with which agencies and their employees, contractors or other personnel ("Users") must comply to participate in the TRAC.

3.     Authority

An Alliance Governing Agreement created the South West Border Anti-Money Laundering Alliance ("SWBAMLA" or "Alliance") and provides for the oversight of Alliance operations and policies. The State's Settlement Agreement Amendment and Order created the TRAC and this TRAC Data Policy and its related programs and applications.

4.     Scope

This policy applies to all TRAC Users. The TRAC will be available for use only by authorized personnel from law enforcement agencies. Individuals are authorized only if they have a need-to-know the Data to perform their job duties and responsibilities in furtherance of the SWBA AML Purposes. All Users shall adhere to the current version of this Policy.

5.     TRAC Integration and Data Security

The TRAC is secured by its agent, a Data management company and operated pursuant to all applicable laws pertaining to the authorized collection, proper use, retention, and secure

AGTRAC001085

**TRANSACTION RECORD ANALYSIS CENTER DATA POLICY**
Effective: 2/1/2015

dissemination of sensitive law enforcement information, including adherence to all applicable privacy, confidentiality, information security, and civil liberties statutes and regulations.

Users of this Data shall maintain appropriate administrative, technical and physical safeguards, and other security measures designed to (i) ensure the security and confidentiality of the Data; (ii) protect against any anticipated threats or hazards to the security and integrity of the Data; and (iii) protect against any actual or suspected unauthorized or inappropriate processing, loss, use, disclosure, or acquisition of or access to the Data, whether by agency personnel or otherwise (hereinafter "Data Security Incident"). User agencies shall notify the TRAC within 24 hours upon revoking access to any User, imposing sanctions on any User in connection with the Data, or any Data Security Incident.

The TRAC will condition query access on the entry of individual User agreements and on a requirement that each query begin with completion of computer access screens providing User information, case identification, purpose, etc.

Each query under this policy or a related MOU constitutes a continuing representation by the User and warranty by the User's agency that the request complies with this Policy and that the collection, use, disclosure and/or access of or to the Data will also comply with its terms.

Users shall limit the Data they obtain to that which is immediately necessary in connection with the specific matter prompting the query, such as by using all reasonably available data to narrow the query. Users shall immediately destroy documents or summaries returned by their queries that contain Data that is not of immediate value for that specific query. Users will not export data outside of the TRAC other than as necessary with respect to specific cases. Any Data or information derived from Data that is duplicated, transferred, acquired or otherwise removed from the TRAC by Users and maintained outside of the TRAC shall be subject to the terms of this Policy.

Users shall not share, disclose, or otherwise provide Data or access to Data to any third party, except other authorized Users or to the extent required by law. Users shall not input, alter, edit, add, delete, or otherwise change Data in the TRAC in a way that would affect the accuracy or integrity of the Data.

Users shall comply with the Settlement Agreement, Settlement Agreement Amendment, and Order Approving Amendment to Settlement Agreement.

6.      Networking and Notification

The TRAC will maintain information concerning User queries, including information from access screens, and information in the accessed Data files searched, retrieved, or both. The TRAC may attempt to alert other law enforcement officers of concurrent investigations unless the access screen completed in connection with the investigation indicates the agency's decision not to permit concurrent notification due to the sensitive nature of the investigation.

7.      TRAC Users.

Individual Users will complete an application and will be assigned a user password for access to the TRAC. TRAC expressly reserves the right to reject or deny any individual User applications with or without cause. TRAC shall keep a list of all Users that access the System. TRAC shall update the list within 24 hours of accepting an application from a new User and after receiving notice that a User's

AGTRAC001086

**TRANSACTION RECORD ANALYSIS CENTER DATA POLICY**
Effective: 2/1/2015

access to the System has been revoked. Users agree to retrieve Data subject to the search limitations contained in this document and to use, disclose and/or access Data only as consistent with their legal authority, only on a need-to-know basis, and only for the identification, investigation, or prosecution of reasonably possible or actual violations of law that relate to the SWBA AML Purposes, including regulatory and civil remedies relating to such violations. Users shall securely destroy documents or summaries that contain Data upon determining that such documents or summaries are not relevant to reasonably possible or actual violations of law that relate to the SWBA AML Purposes.

8.      Auditing

The TRAC may perform audits to ensure the proper handling of the Data including to protect the privacy, confidentiality and security of the Data, and the civil liberties of the data subjects, and to ensure compliance with this Policy. User agencies agree to supply the TRAC with a report on the status of cases in which inquiries are made (subject to delays in production consistent with security concerns); disseminations of Data; and such other information about the Agency's use of Data that the TRAC may reasonably request to improve service to its Users and to protect the privacy, confidentiality and security of the Data, and the civil liberties of the data subjects. User Agencies will ensure that an audit trail is maintained with respect to Data, including a written record of the purpose for which each and every query is conducted, the individual User who performed the query, and the Data retrieved.  Such audit trails shall be made available to the TRAC.

9.      Training

TRAC users will use efficient privacy-protecting query methods, audit trail maintenance, and appropriate Data use as a condition of their use of the TRAC. TRAC may provide User training via train-the-trainer programs, online tutorials, training sessions at one or more of the TRAC facilities, or any other appropriate method.

10.     TRAC Privacy Policy

The TRAC will make Data available only :

a)      to law enforcement personnel who are members of agencies that are active participants in the TRAC joint analysis team; or

b)      to federal agencies with responsibility for analysis and/or dissemination of financial data to law enforcement agents in the fields of money laundering and related investigations, such as illegal drug importation, illegal weapons trafficking, and human smuggling or trafficking, pursuant to an MOU with such agency; or

c)      to established law enforcement intelligence networks with responsibility for analysis of and/or dissemination of financial data to law enforcement agents in the fields of money laundering and related investigations, such as illegal drug importation, illegal weapons trafficking, and human smuggling or trafficking, pursuant to an MOU with such networks.

11.     Evaluation

TRAC reserves the right to evaluate at any time the TRAC User's application and its related policies, procedures, and training guidelines. It also reserves the right to terminate any agency or individual

AGTRAC001087

**TRANSACTION RECORD ANALYSIS CENTER DATA POLICY**
Effective: 2/1/2015

User's access to or use of the System at any time, with or without cause. TRAC reserves the right to make upgrades, enhancements, and revisions to the TRAC without notice to Users.

12.    Responsibility

TRAC Users are responsible for operations, including reviewing events and properly informing appropriate parties on a timely basis when potential conflicts arise. TRAC is not responsible for the non-availability or incompleteness of Data for any reason or for the information entered or provided by the money transmitter businesses—it is the responsibility of the agency or individual User to ensure that the information received or provided is accurate, timely, and complete.

Users shall hold the TRAC harmless for all activity and events in connection with notification of concurrent investigations, whether by failing to maintain a notification system, by making notification, by not making notification, or by making erroneous notification.

## TRANSACTION RECORD ANALYSIS CENTER MOU

Acknowledgement of _____, herein known as "Agency"

Regarding **Transaction Record Analysis Center Memorandum of Understanding (MOU)**

The Agency requests participation with the Transaction Record Analysis Center "TRAC". As a Participating Agency, I certify that I have been advised and understand that TRAC is not integrated with any other existing de-confliction system.

I certify that the Agency will:

- Adhere to the most recent TRAC Data Policy;

- Abide by all applicable laws pertaining to the authorized collection, proper use, retention and secure dissemination of sensitive law enforcement intelligence information, including adherence to all applicable privacy, confidentiality, information security, and civil liberties statutes and regulations; and

- Utilize the TRAC Data only for authorized law enforcement purposes as described in the TRAC Data Policy.

- Comply with the Settlement Agreement, Settlement Agreement Amendment, and Order Approving Amendment to Settlement Agreement.

I further understand that information relative to operations developed by TRAC Money Transmitter Data is considered confidential and law enforcement sensitive; and that the Agency will handle and protect it accordingly, pursuant to the most recent TRAC Data Policy, with adequate physical and information security internal controls in place that will properly maintain the security and confidentiality of this sensitive information.

I certify that the Agency has been provided a copy of the TRAC Data Policy, which the Agency has reviewed and understands. I understand that TRAC reserves the right to remove or suspend access to TRAC to any agency that intentionally misuses or abuses TRAC applications or fails to adhere to TRAC policies and procedures. I am duly authorized to execute this MOU on behalf of the Agency.


_____          _____
Agency Head or                          Date
Person Authorized by Agency Head


_____          _____
(Printed Name/Title)                    Member Agency TRAC ID #
                                        (To be completed by TRAC staff)


_____          _____
TRAC Director                           Date

AGTRAC001089

Name
Aberdeen Washington Police Department
AF South AZ
Air and Marine Ops Center (AMOC) CA
Air Force Office of Special Investigations
Alaska Information Analysis Center
Albany New York Police Department
Albany Oregon Police Department (LINE)
Albuquerque NM Police Department
ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES
Allen County Kentucky Sheriffs Office
Altoona Iowa Police Department
Amador County California Sheriffs Office
Amory MS Police Department
Anadarko Oklahoma Police Department
Anoka Hennepin Minnesota Narcotics and Violent Cri...
Anoka-Hennepin, Minnesota Narcotics and Violent Cr...
APACHE JUNCTION, AZ POLICE DEPARTMENT
Appalachia HIDTA ISC
Arapahoe County Colorado Sheriffs Office
ARIZONA ATTORNEY GENERAL
Arizona Department of Financial Institutions
ARIZONA DEPARTMENT OF PUBLIC SAFETY
Arizona Dept of Gaming
Arizona HIDTA ISC MOU
Arkansas 14th Judicial District Drug Task Force
Arkansas State Police
Atlanta Carolinas HIDTA
Austin Regional Intel Center
Bakersfield California Police Department
Basin Interagency Narcotics Enforcement Team Orego...
Batesburg-Leesville South Carolina Police Departme...
Bay County Florida Sheriffs Office
Baytown Police Department TX
BDO WU Monitor Team
Beckley WV Police Department
Bell County Texas Sheriffs Department
Bellevue Nebraska Police Department
Bellevue Nebraska Police Department
Bellingham Washington Police Department
Benning CID Battalion
Bensenville Illinois Police Department
Benton Arkansas Police Department
Benton Harbor Michigan Department of Public Safety...
Bergen County NJ Prosecutors Office
BIA Office of Justice Services Law Enforcement Div...
Big Springs, Texas Police Department
Blaine County Idaho Sheriffs Office
Blue Mountain Oregon Enforcement Narcotics Team

Bluffton Indiana Police Department
Boone County Illinois Sheriffs Department
Boston Police Department
Bowling Green Warren County Kentucky Drug Task For...
Braidwood Illinois Police Department
Brevard County Florida Sheriffs Office
Bridgewater Massachusetts Police Department
Broadview Heights Ohio Police Department
Broken Arrow Oklahoma Police Department
Brown County Ohio Drug and Major Crimes Task Force...
Brown County Wisconsin Drug Task Force
Brown County Wisconsin Drug Task Force
Brown Deer Police Department WI
Buckeye Arizona Police Department
BURLINGTON COUNTY NJ PROSECUTOR'S OFFICE
Burlington North Carolina Police Department
Butte County California Sheriffs Office
Calcasieu Parish Louisiana Sheriff's Office Anti-D...
Caldwell County Constable KY
California Central Valley HIDTA
California Department of Consumer Affairs Division...
California Department of Corrections and Rehabilit...
California Department of Corrections and Rehabilit...
California Department of Corrections and Rehabilit...
California Department of Corrections and Rehabilit...
California Department of Corrections and Rehabilit...
California Department of Corrections Rehabilitatio...
California Department of Fish and Wildlife
California Department of Health Care Services
California DOJ/Attorney General
California Office of Correctional Safety
California Rehabilitation Center Investigation Ser...
California State Prison OIA
California Sub Abuse and State Prison
Cameron County D.A. Office TX
Campbell California Police Department
Carmel Indiana Police Department
Carrollton Texas Police Department
Casa Grande AZ PD
CBP Big Bend Sector TX
CBP Blaine WA
CBP Border Patrol Eagle Pass South TX
CBP Customs and Border Protection
CBP Del Rio Texas
CBP El Paso TX Field Office
CBP FortLauderdale PAU
CBP Fortuna North Dakota

CBP Joint Field Command
CBP Laredo Texas
CBP OFFICE OF INTELLIGENCE LAREDO TX
CBP Office of Professional Responsibility
CBP Phoenix Arizona
CBP-SanDiegoFieldOfc
CDCR California City CA Investigative Services Uni...
CDCR California Health Care Facility Stockton, CA
Cedar Rapids Iowa Police Department
Celina Texas Police Department
Central Florida HIDTA
Central Minnesota Violent Offender Task Force
Central Minnesota Violent Offender Task Force
Central Nebraska Drug and Safe Streets Task Force
Central Ohio Drug Enforcement
Chandler PD AZ
Charleston West Virginia Police Metro Drug Unit
Charlotte Mecklenburg North Carolina Police Depart...
Charlottesville Virginia Police Department
Chatham Illinois Police Department
Chesterfield County Virginia Police Department
Cheviot Ohio Police Department
Cheyenne Wyoming Police Department
Chicago HIDTA
Chico California Police Department
CHULA VISTA CALIFORNIA POLICE DEPARTMENT
Cincinnati Ohio Police Department
CINRET West Massachusetts
Circleville Ohio Police Department
City of Gretna Louisiana Police Department
City of Pharr Police Dept. (TX)
City of Santa Clara PD CA
Clackamas County Oregon Sheriffs Office Interagenc...
Clark County Ohio Sheriffs Office
Clarksville Indiana Police Department
Clay County Iowa Sheriffs Office
Clinton County Indiana Sheriff's Department
Cochise County Sheriffs Office - AZ
College Station Texas Police Department
Colleyville Texas Police Department
Collier County Florida Sheriffs Office
Colorado Bureau of Investigation
Colorado Information Analysis Center
Columbia Mississippi Police Department
Columbia River Washington Drug Task Force
Columbiana County Ohio Drug Task Force
Columbus Georgia Police Department

Columbus IN Police Department
Comanche Texas Police Department
Comanche, TX Police Department
Concordia Missouri Police Department
Conroe Police Department - TX
Cortland Ohio Police Department
Countryside Illinois Police Department
Covina California Police Department
Crime Enforcement Agency of Ashtabula County Ohio
Crowley Louisiana Police Department
Cuyahoga County Prosecutors Office - OH
Cuyahoga Ohio Metropolitan Housing Authority Polic...
Dakota County Drug Task Force - MN
Danville Ohio Police Department
Davenport Iowa Police Department
Davidson County North Carolina Sheriffs Office
Dayton Ohio Police Department
DEA Arlington Virginia Field Division
DEA Atlanta Field Division
DEA Atlanta Financial Investigative Team
DEA Austin, TX RAC Office
DEA Bogota Country Office
DEA Boston
DEA Brownsville Texas
DEA Cape Girardeau Missouri RAC
DEA Caribbean Division
DEA Charlotte NC District Office
DEA Chattanooga Resident Office - TN
DEA Chicago Field Division - IL
DEA Columbus Ohio District Office
DEA Dallas Field Division
DEA Denver Field Division
DEA Des Moines Iowa Resident Office
DEA Detroit Field Division
DEA El Paso Division
DEA Far East Region
DEA Fresno Resident Office
DEA Ft Meyers Resident Office
DEA Guam Resident Office
DEA Houston Division
DEA Indianapolis
DEA Kansas City District Office
DEA Kingston Jamaica Country Office
DEA Lexington Kentucky RAC Office
DEA Lisbon Portugal Country Office
DEA Littlerock, Arkansas Field Division
DEA London Country Office

AGTRAC001093

DEA Los Angeles Field Division
DEA Louisville Kentucky
DEA Miami Florida Field Division
DEA Middle East Region
DEA Milwaukee Wisconsin District Office
DEA NEW ENGLAND FD MOU
DEA New Jersey
DEA New Orleans Field Div
DEA New York Division
DEA North and Central America Region
DEA Office of Special Intelligence
DEA Omaha Nebraska District Office
DEA Philadelphia
DEA Phoenix Field Division
DEA Pittsburgh
DEA Plattsburgh NY Resident Office
DEA Rockford Illinois Resident Office
DEA San Diego FD
DEA San Diego Field Division
DEA San Francisco Field Division
DEA Seattle Field Division
DEA Special Operations Division (SOD)
DEA Springfield Missouri Resident Office
DEA St Louis Division
DEA Tacoma Washington Resident Office
DEA Washington DC Division
DEA Youngstown Ohio Resident Office
Dearborn County Indiana Prosecutor Special Crimes ...
Dearborn County Indiana Sheriffs Department
Dekalb County Illinois Sheriffs Office
Delaware County Ohio Sheriffs Office
Delaware Department of Justice
Delaware State Police
Department of Justice Criminal Division
Department of State Hospitals Coalinga California
Deschutes County Oregon Sheriffs Office
DHS-CBP-USBP
DHS-OIG
DHS/CBP Miami LETC
DHS_CBP_OBP_HQ_SOG
Dimmit County Texas Sheriffs Office
District II Drug TF Elk City, OK Police Dept
DoD Office of Inspector General OIG
DOJ Asset Forfeiture and Money Laundering Section
DOJ Office of Inspector General
Douglas County Nebraska Sheriffs Office
Douglas County Wisconsin Sheriffs Department

AGTRAC001094

Downers Grove Illinois Police Department
Dublin Ohio Police Department
East Baton Rouge Louisiana Sheriffs Department
Eastern District North Carolina US Attorneys Offic...
EastValleyGang&CriminalFusionCtr
El Mirage Arizona Police Department
El Paso Police Department
Elbert County Colorado Sheriffs Office
ElCentroBorderPatrolHQ
Elizabethtown Kentucky Police Department
Eloy Arizona Police Department
Emporia Kansas Police Department
Englewood New Jersey Police Department
Escondido California Police Department
Euclid OH Police Department
Executive Office for US Attorneys (E Dist TX)
Fairborn Ohio Police Department
Fairfax County Virginia Police
Fairfield California Police Department
Fairfield-Athens Ohio Major Crimes
FBI
FBI_Boston_6e
FDIC Office of Inspector General
Financial Crimes Enforcement Network
Fishers Indiana Police Department
Fishers Police Department IN
Flagler Beach Florida Police Department
Florida Department of Law Enforcement
Florida Office of State Attorney 20th Judicial Cir...
Folcroft Borough Pennsylvania Police Department
Fontana California Police Department
Forcepoint
Forsyth County Georgia Sheriffs Office
Fort Wayne, Indiana Police Department Vice Narcoti...
Fort Worth Texas Police Department
Frankfort Indiana Police Department
Franklin County Ohio Sheriffs Office
Franklin Police Department (Nebraska)
Franklinton North Carolina Police Department
Fremont California Police Department
Frisco Texas Police Department
Gallatin County Montana Sheriffs Office
Galveston County Criminal Dist. Atty. - TX
Geauga County Ohio Prosecutors Office
Genesee County Michigan Sheriffs Office
Germantown Wisconsin Police Department
Giddings Texas Police Department

AGTRAC001095

Glendale Police Department - AZ
Glendale Police Department - CA
Glendora California Police Department
Grand Prairie Texas Police Department
Grant County Washington Sheriffs Office
Grants Pass Oregon Rogue Area Drug Enforcement
Grapevine Texas Police Department
Grays Harbor Washington Drug Task Force
Greater Hardin County Kentucky Narcotics Task Forc...
Greene County Ohio ACE Task Force
Greenville County South Carolina Sheriffs Office
Greenwood Mississippi Police Department
Guadalupe County Texas Sheriffs Office
Guernsey County Ohio Sheriffs Office
Gwinnett County Georgia Sheriff
Hamilton County Ohio Sheriffs Department
Hancock County Iowa Sheriffs Office
Hanford California Police Department
Hanover Township Police Department (NJ)
Harris County Dist Attny Ofc TX
Hawaii Department of Attorney General
Hawaii HIDTA
Hawaii HIDTA
Hays County Texas Narcotics Task Force
Hays County Texas Sheriffs Office
Hayward CA Police Department
Hernando Mississippi Police Department
Hocking County Sheriff Ohio
Houston HIDTA
Houston Police Department
Houston Police HIDTA
Howard County Maryland Police Department
Human Smuggling and Trafficking Center
Humboldt County California District Attorneys Offi...
Humboldt County California Sheriffs Office
Humboldt County California Sheriffs Ofice
Humboldt County California Special Investigations ...
Humboldt County Iowa Sheriffs Office
Hunt County Texas Sheriffs Office
Huntsville Texas Police Department
Hutto Texas Police Department
ICE - IMMIGRATION AND CUSTOMS ENFORCEMENT
ICE Enforcement and Removal Operations CIU
ICE-DHS-6e-China
Idaho State Police
Illinois Quad City Metropolitan Enforcement Group ...
ILLINOIS STATE POLICE

AGTRAC001096

IMPERIAL VALLEY LAW ENFORCEMENT COORDINATION CENTE...
Indiana Intelligence Fusion Center
Indiana State Excise Police
Indiana State Police
Indianapolis Metropolitan Police Department
Iowa Division of Narcotics Enforcement
Irmo South Carolina Police Department
IRS SB/SE Fraud/BSA
IRS-Criminal Investigation
Irving Texas Police Department
Jacksonville North Carolina Police Department
Jefferson Parish Louisiana Sheriffs Office
Jessamine Kentucky County Sheriffs Office
Johnson County Kansas Sheriffs Office
Johnson County Texas Sheriffs Office STOP Special ...
Johnson County TX Sheriff Special Crimes Unit
Joint Regional Intelligence Center
Joint Task Force West
Joliet Illinois Metropolitan Area Narc Squad
Kalamazoo Michigan Valley Enforcement Team
Kankakee Area MEG Illinois
Kansas Bureau of Investigation
Kansas Office of Securities Commissioner
Kauai Hawaii Police Department
Kent Washington Police Department
Kentucky Gateway Area Drug Task Force
Knoxville Tennessee Police Department
LA CLEAR MOU
LA County SO
LA Impact
Lafayette Indiana Police Department
Lake County California District Attorney
Lake County Ohio Narcotics Agency
Lake Winnebago Area Wisconsin MEG Unit
Las Vegas Metro Police Dept
Laurens South Carolina Police Department
LaVista Nebraska Police Department
Lawton Oklahoma Police Department
Lawton Oklahoma Police Department
Lee County Sheriff Florida
Linn, Oregon Interagency Narcotics Enforcement
Little Elm Texas Police Department
LMA HIDTA
Logansport Indiana Police Department
Long Beach Police Department
Lorain County Ohio Drug Task Force
Lorain Ohio Police Department

AGTRAC001097

Los Angeles Police Department
Loudoun County Sheriffs Office Virginia
Louisiana State Police
Louisville Kentucky Metro Police Department
Lubbock, Texas Police Deprtment
M.A.G.N.E.T.
Mahaska County Iowa Sheriff's Office
Mahoning Valley Ohio Drug Task Force
Manatee County Florida Sheriffs Office
Manchester New Hampshire Police Department
Manchester New Hampshire Police Department
Mansfield Texas Police Department
Marana Arizona Police Department
Marathon County Wisconsin Sheriffs Office
Maricopa County Attorneys Office Investigations
Maricopa County Sheriff Office
Marin County California Sheriff Coroner
Marlborough Massachusetts Police Department
Marshall County Iowa Sheriffs Office
Mason County Kentucky Sheriff
Matagorda County Texas Sheriffs Department
McAllen, Texas Police Department
McHenry County Sheriff's Police, IL
McLennan County Texas Sheriffs Office
Medford Oregon Police Department Investigations
Medina County Ohio Drug Task Force
Medway OH Drug Enforcement Agency
Mendocino County California Major Crimes Task Forc...
Mentor Ohio Police Department
Merced County California District Attorneys Office...
Metrich Drug Task Force - OH
Miami Beach Florida Police Department
Miami County Ohio Sheriffs Office
Michigan Intelligence Operations Center SWET East
Michigan State University Police Department
Mid-Missouri Drug Task Force
Middlesex County New Jersey Prosecutors Office
Middletown Ohio Police Department
Midwest-HIDTA
Minneapolis St. Paul Airport Police
Minnesota Bureau of Criminal Apprehension
Minnesota East Central Drug and Violent Offender T...
Mississippi Bureau of Investigation
Missouri State Highway Patrol
Montana Department of Criminal Investigations
Montana Missouri River Drug Task Force
Montgomery County Maryland Department of Police

AGTRAC001098

Montgomery County Sheriff's Office TX
Montgomery County Texas Constable PCT 4
Montgomery County Texas District Attorney Office
Mount Pleasant WI Police Department
Mt Orab Ohio Police Department
Multnomah County Sheriffs Office
Napa California Special Investigations Bureau
Naples Florida Police Department
Nashua New Hampshire Police Department
Nassau County Police Dept - NY
Naval Criminal Investigative Service
NC State Bureau of Investigation
Nebraska State Patrol
Nevada HIDTA
Nevada Office of Attorney General
Nevada Threat Analysis Center
New Braunfels Texas Police Department
New England HIDTA
New Hampshire DOJ National Guard Counter Drug
New Jersey Division of Criminal Justice, Office of...
New Jersey Palisades Interstate Parkway Police
New Mexco Financial Institutions Division
New Mexico Attorney General
New Mexico Department of Homeland Security and Eme...
NEW MEXICO HIDTA
NEW MEXICO STATE POLICE
New Orleans Border Patrol CBP
New York City Police Department HSI BEST
New York City Police Department Identity Theft and...
New York County District Attorney
New York New Jersey HIFCA
New York State Police
Normal, Illinois Police Department
North Central HIDTA
North Charleston South Carolina Police Department
NORTH FLORIDA HIDTA ISC
North Little Rock Arkansas Police
North Miami Beach Police Department
NORTH RICHLAND HILLS PD TEXAS
Northcentral Wisconsin Drug Enforcement Group
Northeast Kentucky Drug Task Force
Northern California Regional Intel Center
Northern Colorado Drug Task Force
Northern Kentucky Drug Strike Force
Northern Virginia Regional Gang Task Force
Northwest HIDTA
OAG Pennsylvania Intel

AGTRAC001099

OCDETF Executive Office
OCDETF Fusion Center
Office of Inspector General/TDCJ
Office of the 8th Judicial Dist. Atty NM
Ogden Utah Police Department
Ohio Bureau of Investigations
Ohio Department of Public Safety, Highway Patrol
Ohio DPS Narcotics Intelligence Center
Ohio HIDTA ISC
Ohio Organized Crime Investigations Commission
Ohio Tactical Crime Suppression Unit
Ohio TAG Drug Task Force
Oklahoma Bureau of Narcotics
Oklahoma City Oklahoma Police Department
Oklahoma Department of Corrections
Olmsted County MN Sheriffs Office
Orange County Sheriffs Department on behalf of OCA...
Oregon Department of Justice
Osceola County SO, Florida
Othello Washington Police Department
Oxford Mississippi Police Department
Panola County Texas Sheriffs Office
Paradise Valley Arizona Police Department
Park County Montana Sheriffs Office
Parkersburg West Virginia Narcotics Task Force
PEORIA POLICE DEPARTMENT - AZ
Perry County Ohio Sheriffs Office
Perry Georgia Police Department
Person County North Carolina Sheriffs Office
Phoenix Police Department
Piketon Ohio Police Department
Pima County Sheriff'sOffice
Pinal County Attorney's Office
Pinal County Sheriffs Office
Pinellas County Sheriff's Office - FL
Pitt County North Carolina Sheriffs Office
Placer County California Sheriffs Office
Placer County California Special Investigations Un...
Plainview Texas Police Department
Plaquemines Parish Louisiana Sheriffs Office
Pleasanton California Police Department
Portage County Ohio Drug Task Force
Prescott Arizona City Police Department
Pulaski County Arkansas Sheriffs Office
Ramsey County Minnesota VCET
RANGE Task Force Montgomery County Ohio Sheriff
REACT TF Regional Enforcement Allied Computer Team...

AGTRAC001100

Redding California SIN Task Force
Redwood City California Police Department
Richland County South Carolina Sheriffs Office
Rising Sun Indiana Police Department
Riverside County California Sheriffs Department
RNSP Orange County CA
RNSP_6e
Roanoke Rapids North Carolina Police Department
Rockland County New York Sheriffs Office
Rocky Mountain HIDTA
Rocky Mtn. Information Network
Rogers Arkansas Police Department
Salinas Valley State Prison - CA
Salt River Arizona Police Department
SAN ANGELO PD TEXAS
San Antonio Police Dept
San Bernardino County D.A.
San Bernardino County Sheriff-Coroner
San Diego County California DA
San Diego County Sheriff's Department
San Diego Law Enforcement Coordination Center
San Francisco California District Attorney
San Francisco District Attorney Office
San Francisco Police Department
San Luis Obispo California County Sheriff
San Luis Obispo County District Attorney's Office
San Mateo County California District Attorneys Off...
San Mateo County California Sheriffs Office
San Ramon California Police Department
Santa Barbara County California Sheriff
Santa Clara County SO
Santa Cruz County California Sheriffs Office
Santa Rosa California Police Department
Sarpy County Nebraska Sheriffs Office
Schenectady County New York Sheriffs Office
Scioto County Ohio Sheriffs Office
Scott County Minnesota Sheriff SW Metro Drug Task...
Scottsdale P.D.
SDWV U.S. Attorney's Office
SE Iowa Inter-Agency Drug Task Force
SE Missouri DTF
Seatac Washington Police Department
Sedgwick County Kansas Sheriffs Office
Seymour Indiana Police Department
Shasta County California Interagency Narcotics Tas...
Shelby County Tennessee Sheriffs Office
Shoreacres Texas Police Department

AGTRAC001101

Sidney Ohio Police Department
Skagit County Washington Interlocal Drug Task Forc...
Solano County California Sheriffs Office
Sonoma County California Sheriff
South Amboy New Jersey Police Department
South Central Ohio Major Crimes Unit
South Dakota Division of Criminal Investigation
South Point Ohio Police Department
SOUTH TEXAS HIDTA
Spencer Iowa Police Department
Spokane Regional Safe Streets Task Force
Springfield Missouri Police Department
Springfield Ohio Police Division
St Josephs County Michigan Sheriffs Office
St Louis Gateway Strike Force
St. Louis County Police Department
St. Louis Missouri Metro Police Homicide Division
Stanislaus County California Sheriffs Office
Star North Carolina Police Department
Stark County Ohio Sheriffs Office
State of New Jersey Office of Comptroller Medicaid...
Stowe Township Pennsylvania Police Department
Stroz-Friedberg_Test1
Stroz-Friedberg2
Suffolk County Massachusetts District Attorneys Of...
Suffolk County New York District Attorney
Summit County Ohio Drug Unit
Sumpter County SC Sheriff
Sun Valley Idaho Police Department
Sunnyvale California Police Department
Sutter County California Yuba Sutter Net 5 Task Fo...
Sycamore Illinois Police Department
TAOS PD
Tarrant County Texas Sheriff
Tarrant County TX Criminal DA
Tennessee Bureau of Investigations
Teton County Sheriff's Office (WY)
Texarkana Texas Police Department
Texas A & M International University Police Depart...
Texas Alcohol Beverage Commission
Texas Department of Banking
Texas DPS
Texas Transnational Intelligence Center
Texoma N.Texas HIDTA
The Colony Texas Police Department
Tipp City Ohio Police Department
Toledo Ohio Police Department

AGTRAC001102

Topeka Kansas Police Department
TRAC
Tracy California Police Department
Transportation Security Administration
Treasury IG for Tax Administration
TRI City Drug Task Force - WA
TRI-DENT Tri-County Drug Enforcement Narcotics Tea...
Trumbull County TAG Law Enforcement Task Force Ohi...
Tucson Police Department
Tulsa Oklahoma Police Department
Tuscarawas County Ohio Sheriffs Office
Twinsburg Ohio Police Department
Ulster County New York District Attorneys Office
Unidad de Inteligencia Financiera
Union City California Police Department
United States Secret Service Investigative Support...
US Army CID 502d MP BN
US Army CID San Antonio FRA
US Attorney District of Arizona
US Attorney's Ofc ED WI
US Attorney's Office Eastern Washington
US Attorneys Office N CA
US Attorneys Office Northern District Mississippi
US Attorneys Office Utah
US Border Patrol Buffalo Sector HQ - NY
US Border Patrol Grand Forks North Dakota Sector
US Border Patrol Havre Sector MT
US Border Patrol Houlton Maine
US Border Patrol Miami Sector
US Border Patrol Nat'l Targeting Center DC
US Border Patrol Rio Grande Valley Sector
US Border Patrol SDC Ca
US Border Patrol Selfridge ANGB MI
US Border Patrol Station Rochester NY Intel Unit
US Border Patrol Swanton Sector Intel NY
US Border Patrol TCA_SIU_Tucson
US Border Patrol Tucson Sector Foreign Ops Branch
US Coast Guard Intel Coordination Center DC
US Coast Guard Investigative Service
US Department of State Bureau of Diplomatic Securi...
US Department of State Diplomatic Security Section...
US Department of the Treasury
US Fish and Wildlife Service
US Marshal District of Arizona
US Marshall Del Rio TX Div
US Marshalls USM-TOG VA
US MARSHALS FINANCIAL SURVEILLANCE UNIT

US MARSHALS SERVICE ASSET FORFEITURE DIVISION
US Marshals Service Carolina Regional Fugitive Tas...
US Marshals Service Corpus Christi Texas
US Marshals Service Northern District Ohio
US Marshals Service Santa Ana CA
US Nuclear Regulatory Commission Office of Investi...
US Postal Inspection Los Angeles Division
US Postal Inspection San Francisco Division
US Postal Inspection Service (Philadelphia)
US Postal Inspection Service Boston Division
US Postal Inspection Service Chicago Division
US Postal Inspection Service Columbia South Caroli...
US Postal Inspection Service Detroit Division
US Postal Inspection Service Fresno Domicile
US Postal Inspection Service Houston
US Postal Inspection Service Houston Division
US Postal Inspection Service Little Rock, Arkansas...
US Postal Inspection Service New Jersey
US Postal Inspection Service Newark New Jersey
US Postal Inspection Service Phoenix AZ
US Postal Inspection Service Pittsburgh Division
US Postal Inspection Service Seattle Division
US Postal Inspection Unit New York, NY
US Postal Inspection Unit Washington DC Division
US Postal Service OIG
US Probation Office Middle District of Florida
US Secret Service Austin RO
US State Department
US State's Attorneys Office S Dist CA
USCIS
USDA Forest Service LE and Investigations Pacific ...
USDA Forest Service R1 LE&I
USDA/OIG
USMC CID Camp Lejeune North Carolina
USPIS Charlotte Division
USPIS Minnesota Twin Cities
USPIS St. Louis Missouri
USPIS-NISA
Utah CacheRich Drug Task Force
Vacaville California Police Department
Ventura California Police Department
Ventura County District Attorney's Office
Ventura County Sheriff's Office CA
Victoria County Texas Sheriffs Office
Villa Park Illinois Police Department
Vineland New Jersey Police Department
Volusia County Florida Sheriff

Wake County North Carolina Sheriffs Office
Walker County Texas Sheriffs Office
Warren County Ohio Drug Task Force
Wash_Balt HIDTA
Washington Clark-Vancouver Drug Task Force
Washington County Arkansas Prosecutors Office
Washington County Illinois Sheriffs Office
Washington County Oregon Sheriffs Office
Washington County SO
Washington State Gambling Commission
Washoe County Sheriff's Office NV
Waterloo Iowa Police Department
Waukesha Wisconsin Police Department
Waukesha Wisconsin Police Department
Wauwatosa Wisconsin Police Department
Weathersfield Township Ohio Police Department
Webb County TX Sheriff's Office
Webster Texas Police Department
West Central Drug Task Force Wisconsin
West Central Ohio Crime Task Force
West Monroe Louisiana Metro Narcotics Unit
WEST TEXAS HIDTA ISC
West Valley City Utah Police Department
West Virginia Intelligence Fusion Center
West Virginia State Police Southern Regional Drug ...
Westchester County New York District Attorney Offi...
Western States Information Network (WSIN)
Western Union
Westmont Illinois Police Department
Whitehall Ohio Police Department
Wichita Kansas Police Department
Williams County North Dakota Sheriff
Williamson County Texas Sheriff
Willingboro New Jersey Police
Wisconsin DOJ
Worthington Minnesota Police Department
Wright County Iowa Sheriffs Office
Wylie Texas Police Department
Wyoming Division of Criminal Investigation
Xenia Ohio Police Division
Yuba City California NET 5
Yuma County Arizona Sheriffs Office

AGTRAC001105