UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE GUZMAN, FORTINO RUTILO JIMENEZ, BERTHA MEZA, GRISELDA AVILES CARRILLO, and JOSE GERARDO VALLEJO PEREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WESTERN UNION FINANCIAL SERVICES INC., MONEYGRAM PAYMENT SYSTEMS, INC., DOLEX DOLLAR EXPRESS, INC., and FORCEPOINT LLC.,<br><br>    Defendants. | Case No.  5:24-cv-00404-SSS-DTBx<br><br>**ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER RESETTING THE DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT (Doc. 84)** |

On August 28, 2024, Defendants Western Union Financial Services, Inc. ("Western Union"), MoneyGram Payment Systems, Inc. ("MoneyGram"), Dolex Dollar Express, Inc. ("Dolex"), and Forcepoint LLC ("Forcepoint) (collectively, "Defendants") applied *ex parte* for an order from this Court resetting Defendants' deadline to respond to the First Amended Complaint ("FAC") to 30 days after resolution of Defendants' respective motions to stay proceedings pending arbitration and motions to compel arbitration (the "Arbitration Motions"), should it decide to deny any of the Arbitration Motions, or in the alternative, to November 4, 2024—30 days from the Court's October 4, 2024 hearing on the Arbitration Motions.

The Court, having considered Defendants' Application and finding good cause, hereby GRANTS the Application and ORDERS as follows:

> The deadline for Defendants to respond to the FAC is extended to November 4, 2024.

IT IS SO ORDERED.

Dated:  September 4, 2024

Hon. Sunshine S. Sykes
United States District Judge