# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUZMAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>THE WESTERN UNION COMPANY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:24−cv−00404−SSS−DTB<br><br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __11/18/24 & 12/2/24__ | __108 & 109__ | __Letter and Supplement Letter from State of Arizona Attorney General__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: December 6, 2024         /s/ *Sunshine Suzanne Sykes*
                                United States District Judge

---

G–112B (07/24)    **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**