UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUZMAN, FORTINO RUTILO JIMENEZ, BERTHA MEZA, GRISELDA AVILES CARRILLO and JOSE GERARDO VALLEJO PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN UNION FINANCIAL SERVICES, INC., MONEYGRAM PAYMENT SYSTEMS, INC., DOLEX DOLLAR EXPRESS, INC., and FORCEPOINT LLC..<br><br>Defendants. | Case No. 5:24-cv-00404-SRM-DTB<br><br>**ORDER STRIKING NOTICE OF SUPPLEMENTAL AUTHORITY [133]; DENYING AS MOOT DEFENDANTS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [135]; DENYING JOINT STIPULATION REGARDING SHORTENING THE TIME FOR NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY [126]; AND SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [101, 129] AND MOTION FOR LEAVE TO FILE SUR-REPLY [123]** |

On November 25, 2024, Defendants Western Union Financial Services, Inc. ("Western Union"), Dolex Dollar Express, Inc. ("DolEx"), MoneyGram Payment Systems, Inc. ("MoneyGram"), and Forcepoint LLC ("Forcepoint") ("Defendants") filed a Motion to Dismiss First Amended Complaint. Dkt. 101. On December 20, 2024 the Court granted Defendant Western Union's Motion to Compel Arbitration and stayed all claims against it; and Denied the motions to compel arbitration filed by Defendants DolEx, MoneyGram, and Forcepoint. Dkts. 114-117. Plaintiffs thereafter filed an opposition to the Motion to Dismiss and Defendants MoneyGram, DolEx, and Forcepoint filed a Reply in Support of the Motion to Dismiss. Dkts. 118, 121. Plaintiffs then filed a Motion for Leave to file a Sur-Reply on February 24, 2025. Dkt. 123. On February 26, 2025, the parties filed a Joint Stipulation Regarding Shortening the Time for Notice of Plaintiffs' Motion for Leave to File a Sur-Reply. Dkt. 126. On February 27, 2028, this case was transferred to the undersigned. Dkt. 127. Following the Reassignment Order, all motion hearing dates were vacated, and the Court required the moving party to renotice motion hearing dates. Dkt. 128. On March 16, 2025, Defendants renoticed a hearing date for Defendants' Motion to Dismiss First Amended Complaint. Dkt. 129. On March 26, 2025, Defendants DolEx, MoneyGram, and Forcepoint filed an *ex parte* application for leave to file a joint Response to Plaintiffs' Notice of Supplemental Authority. Dkt. 135. The following day, Plaintiffs filed an Opposition to the *ex parte* application. Dkt. 136. On this same date, Defendant ForcePoint filed Defendants' Opposition to Plaintiffs' Motion for Leave to File a Sur-Reply. Dkt. 137.

The Court, having considered the above and finding good cause ORDERS as follows:

1. Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Joint Motion of All Defendants to Dismiss Plaintiffs' First Amended Complaint [133], is **STRICKEN**;

2. Defendants Dolex Dollar Express, Inc., MoneyGram Payment Systems, Inc.,

and Forcepoint, LLC's *Ex Parte* Application for Leave to File Defendants' Joint Response to Plaintiffs' Notice of Supplemental Authority [135], is **DENIED as MOOT**;

3. The Joint Stipulation Regarding Shortening the Time for Notice of Plaintiffs' Motion for Leave to File a Sur-Reply [126], is **DENIED**;

4. Plaintiffs' Motion for Leave to file Sur-Reply in Opposition to Joint Motion of All Defendants to Dismiss First Amended Complaint [123], is set for hearing before the undersigned at **1:30 p.m. on May 22, 2025, at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA 92701, Courtroom 9B**; and

5. Defendants' Motion to Dismiss First Amended Complaint [101][129], is set for hearing before the undersigned at **1:30 p.m. on July 17, 2025, at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA 92701, Courtroom 9B**.

IT IS SO ORDERED.

Date: March 31, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE